IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

          Plaintiff,

v.       CIVIL ACTION NO.   3:17-3731

CSX TRANSPORTATION, INC.,

          Defendant.

## JUDGMENT ORDER

In accordance with the accompanying Consent Decree, the Court **DISMISSES** this action and **REMOVES** this matter from the docket of the Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

        ENTER:       June 12, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE